IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Torria | Case Number: 06 B 16960 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/4/08 | Filed: 12/21/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 26, 2007
Confirmed:  March 20, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 8,996.85 | |
| Secured: | | 5,422.44 |
| Unsecured: | | 0.00 |
| Priority: | | 507.24 |
| Administrative: | | 1,843.00 |
| Trustee Fee: | | 439.57 |
| Other Funds: | | 784.60 |
| Totals: | 8,996.85 | 8,996.85 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 1,843.00 | 1,843.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Nissan Motor Acceptance Corporation | Secured | 11,988.38 | 1,750.00 |
| 4. | Cook County Treasurer | Secured | 5,200.00 | 0.00 |
| 5. | Monterey Financial Services | Secured | 2,182.14 | 345.00 |
| 6. | EPI Realty & Management Inc | Secured | 2,000.00 | 549.99 |
| 7. | Washington Mutual Bank FA | Secured | 8,627.18 | 2,777.45 |
| 8. | Internal Revenue Service | Priority | 8,289.63 | 507.24 |
| 9. | Asset Acceptance | Unsecured | 2,133.67 | 0.00 |
| 10. | RMI/MCSI | Unsecured | 75.00 | 0.00 |
| 11. | ER Solutions | Unsecured | 61.82 | 0.00 |
| 12. | Portfolio Recovery Associates | Unsecured | 37.03 | 0.00 |
| 13. | Nissan Motor Acceptance Corporation | Unsecured | 518.80 | 0.00 |
| 14. | Jefferson Capital | Unsecured | 86.78 | 0.00 |
| 15. | Nicor Gas | Unsecured | 106.48 | 0.00 |
| 16. | Portfolio Recovery Associates | Unsecured | 34.52 | 0.00 |
| 17. | Internal Revenue Service | Unsecured | 317.32 | 0.00 |
| 18. | Monterey Financial Services | Unsecured | 112.24 | 0.00 |
| 19. | Account Recovery Service | Unsecured | | No Claim Filed |
| 20. | Credit Protection Association | Unsecured | | No Claim Filed |
| 21. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 22. | Anderson Crenshaw Asso | Unsecured | | No Claim Filed |
| 23. | Credit Bureau Accts Collections & Servs | Unsecured | | No Claim Filed |
| 24. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 25. | Diversified Collection Service | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Jackson, Torria | Case Number: 06 B 16960 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 3/4/08 | Filed: 12/21/06 |

| | | | |
|---|---|---|---|
| 26. NCO Financial Systems | Unsecured | | No Claim Filed |
| 27. RMI/MCSI | Unsecured | | No Claim Filed |
| 28. RMI/MCSI | Unsecured | | No Claim Filed |
| 29. RMI/MCSI | Unsecured | | No Claim Filed |
| | | _____ | _____ |
| | | $ 43,613.99 | $ 7,772.68 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 31.02 |
| 5.4% | 408.55 |
| | _____ |
| | $ 439.57 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_[signature]_